

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00059-CV

SAMSUNG ELECTRONICS CO., LTD., Appellant

V.

KONINKLIJKE KPN N.V., Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 22-0762

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal, representing that they have fully and finally resolved any pending issues related to the appeal and the judgment from which the appeal was filed. Under the authority of Rule 42.1 of the Texas Rules of Appellate Procedure and in keeping with the parties' wishes, we grant the motion to dismiss. *See* TEX. R. APP. P. 42.1.

We dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:     May 16, 2025
Date Decided:       July 31, 2025